HENRY J. SILBERBERG (No. 68494)
TIMOTHY J. MARTIN (No. 150304)
BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
1880 Century Park East, Suite 711
Los Angeles, CA 90067-1698
Tel: 310-712-8300
Fax: 310-712-8383

JEFFREY P. WEINGART
DOV H. SCHERZER
NANCY J. MERTZEL
BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
900 Third Avenue
New York, NY 10022
Tel: 212-895-2000
Fax: 212-895-2900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HOMESTORE.COM, INC., a Delaware corporation, and REALSELECT, INC., a Delaware corporation, | Case No. CV-02-03397 (GHK) (CWx) |
| Plaintiffs, | STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE |
| vs. | |
| BARGAIN NETWORK, INC., a California corporation, | |
| Defendant. | |

IT HEREBY STIPULATED AND AGREED by the parties to the above-captioned action, through their undersigned counsel of record, that the above-captioned action, including all claims that were asserted therein and all counterclaims and cross-claims that could have been asserted therein, shall be and hereby are discontinued without prejudice. Each party shall bear its own costs and attorneys' fees in accordance with the terms of the Settlement Agreement between

JUL 23 2002

| | |
|---|---|
| MARTIN C. WASHTON, ESQ.<br>ANGELIQUE KAOUNIS, ESQ.<br>GIBSON, DUNN & CRUTCHER LLP | HENRY J. SILBERBERG<br>TIMOTHY J. MARTIN<br>JEFFREY P. WEINGART<br>DOV H. SCHERZER<br>NANCY J. MERTZEL<br>BROWN RAYSMAN MILLSTEIN FELDER &<br>STEINER LLP |
| By: /s/ Martin C. Washton<br>Martin C. Washton | By: /s/ Henry J. Silberberg<br>Henry J. Silberberg |
| Attorneys for Defendant<br>BARGAIN NETWORK, INC. | Attorneys for Plaintiffs<br>HOMESTORE, INC. and<br>REALSELECT, INC. |
| Dated: July 1, 2002 | Dated: July 16, 2002 |

SO ORDERED THIS 19 DAY OF July, 2002  This action is dismissed w/o prejudice

/s/
U.S.D.J.

Brown Raysman Millstein Felder & Steiner LLP
1880 Century Park East
Suite 711
Los Angeles, CA 90067

27650 1

2

BRMFS1 326605v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1880 Century Park East, Suite 711, Los Angeles, California 90067-1698.

On July 17, 2002, I served the documents described as **STIPULATION OF DISCONTINUANCE WITHOUT PEJUDICE** on the interested parties in this action

☒   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list.

☒   I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with Brown Raysman Millstein Felder & Steiner LLP's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing in affidavit.

☐   BY FACSIMILE.  I transmitted the above-described document to the parties at the telephone numbers shown on the attached service list.

☐   I personally delivered such envelope by hand to the office of the addressee at the address indicated above.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 17, 2002, at Los Angeles, California.

_____
Clotilde Bigornia

Brown Raysman Millstein Felder & Steiner LLP
1880 Century Park East
Suite 711
Los Angeles, CA 90067

**SERVICE LIST**

Case Name: Homestore.com., Inc. v. Bargain Network, Inc.
Case Number: CV-02-03397 GHK (CWx)

| | |
|---|---|
| Martin C. Washton, Esq. | Attorneys for Defendant |
| Angelique Kaounis, Esq. | Bargain Network, Inc. |
| GIBSON, DUNN & CRUTCHER LLP | |
| 333 S. Grand Ave. | |
| Los Angeles, CA 90071 | |
| | |
| Tel: (213) 229-7000 | |
| Fax: (213) 229-7520 | |
| | |
| Terence P. Ross, Esq. | Attorneys for Defendant |
| Joshua Lipton, Esq. | Bargain Network, Inc. |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1050 Connecticut Avenue, N.W. | |
| Washington, D.C. 20036-5306 | |
| | |
| Tel: (202) 955-8500 | |
| Fax: (202) 467-0539 | |

Brown
Raysman
Millstein
Felder &
Steiner LLP
1880 Century
Park East
Suite 711
Los Angeles,
CA 90067